UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GEORGIANA CATHERINE SKELLIE,

                       Plaintiff,

              - against -

CSX TRANSPORTATION,

                      Defendant.
-----------------------------------------------------------x

05 Civ. 0852 (CLB)

*Memorandum and Order*

Brieant, J.

      It appears to the satisfaction of the Court that Plaintiff is a resident of Greene County, the Defendant's principal office is in Florida and the claim sued on arose in Albany County, New York. While service of process and jurisdiction are valid in this district, in the interests of Justice, the action should be and it hereby is transferred to the United States District Court for the Northern District of New York pursuant to 28 U.S.C. § 1404(a).

SO ORDERED.

Dated: White Plains, New York
       May 12, 2005

                                                           Charles L. Brieant, U.S.D.J.